# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**RANDY ROGERS**                                                                 **APPELLEE**

**V.**                                                **NO. 26-2075**

**COLUMBIA COUNTY, ET AL**                                          **APPELLANTS**

## <u>DESIGNATION OF RECORD</u>

The Appellant hereby designates the entire record from this case in the District Court, *Randy Rogers v. Columbia County, et al, 1:24-cv-01036-SOH,* for use in the Appeal of this Matter. There are no transcripts.

Respectfully submitted,

Michael Loe, Matthew Hulet, Aaliyah Rose, Jesse Guise, Mark Moseley, & Columbia County,
*Appellants*

Jason E. Owens
Ark. Bar. No. 2003003
OWENS & PARKER LAW FIRM
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address:1160 Markham St., Ste. 2
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
Email: owens@jowenslawfirm.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that (i) this document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. app. P. 32(f) this document contains 274 words and (ii) this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using WordPerfect in Times New Roman 14 point font.

Jason E. Owens, Ark. Bar No. 2003003

## CERTIFICATE OF SERVICE

I, Jason E. Owens, do hereby certify that on June 15, 2026 I electronically filed Appellants' Designation of Record with the Clerk of the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which shall send notification of such filing to all Counsel of Record:

/s/ Jason E. Owens
Jason E. Owens