**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**RANDY ROGERS**                **APPELLEE**

**V.**             **NO. 26-2075**

**COLUMBIA COUNTY, ET AL**           **APPELLANTS**

**<u>STATEMENT OF ISSUES</u>**

Comes now the Appellants, Michael Loe, Matthew Hulet, Aaliyah Rose, Jesse Guise, Mark Moseley, and Columbia County, and for their Statement of Issues, hereby state:

Appellants appeal all issues related to the District Court's denial of Appellants' Motion for Summary Judgment based on, *inter alia*, qualified immunity and state statutory immunity, including, but not limited to the following issue:

1. Whether the Defendants/Appellants, Michael Loe, Matthew Hulet, Aaliyah Rose, Jesse Guise, Mark Moseley, and Columbia County are entitled to qualified immunity and the dismissal of the Plaintiffs' Complaint for the reasons set forth in the Defendants' Motion for Summary Judgment, along with all supporting filings and all exhibits, which are adopted and incorporated herein, as if set forth word for word. Defendants/Appellants Loe, Hulet, Rose, Guise, Moseley, and Columbia County respectfully contend that the Court of Appeals has jurisdiction of this appeal because Loe, Hulet, Rose, Guise, Moseley, and Columbia County are

entitled to qualified immunity and summary judgment even if all factual issues that have sufficient record support are resolved in favor of the Plaintiff/Appellees for purposes of appellate review only of the legal questions involving the defense of qualified immunity. Specifically, even assuming *arguendo* all alleged factual disputes in Plaintiff/Appellees' favor, neither Loe, Hulet, Rose, Guise, Moseley, and Columbia County violated any constitutional provision of the United States Constitution with respect to Plaintiff/Appellee's claims related to their arrest, conviction, and incarceration. Alternatively, even assuming *arguendo*, an alleged underlying constitutional violation based on the record construed in the light most favorably to the Plaintiff/Appellees, the Defendants/Appellants did not violate clearly established law regarding Plaintiff/Appellees' constitutional rights.

Respectfully submitted,

Michael Loe, Matthew Hulet, Aaliyah Rose, Jesse Guise, Mark Moseley, & Columbia County,
*Appellants*

Jason E. Owens
Ark. Bar. No. 2003003
OWENS & PARKER LAW FIRM
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address:1160 Markham St., Ste. 2
Conway, Arkansas 72034
Telephone: (501) 764-4334

Telefax: (501) 764-9173
Email: owens@jowenslawfirm.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that (i) this document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. app. P. 32(f) this document contains 492. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using WordPerfect in Times New Roman 14 point font.

Jason E. Owens, Ark. Bar No. 2003003

## **CERTIFICATE OF SERVICE**

I, Jason E. Owens, do hereby certify that on June 15, 2026, I electronically filed Appellants' Statement of Issues with the Clerk of the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which shall send notification of such filing to all Counsel of Record:

/s/ Jason E. Owens
Jason E. Owens