# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**RANDY ROGERS**                                              **APPELLEE**

**V.**                                    **NO. 26-2075**

**COLUMBIA COUNTY, ET AL**                              **APPELLANTS**

## APPELLANTS' MOTION FOR EXTENSION OF TIME

Come now the Appellants, and for their Motion for Extension of Time to file Appellant's Brief (with addendum) and Appendix, does state:

1.      The deadline for filing Appellants' Brief (with addendum) and Appendix is currently set for July 13, 2026.

2.      Due to extensive litigation and attendant travel commitments, the undersigned counsel has been unable to complete the Appellants' Brief (with addendum) and Appendix to date and the Appellants respectfully request an extension of twenty-one (21) days, until and including August 3, 2026.

3.      This motion for extension of the deadline is not intended for purposes of harassment or delay.

4.      Neither party will be prejudiced by an extension of twenty-one (21) days until and including August 3, 2026, in which to file Appellants' brief (with addendum) and appendix in this matter.

WHEREFORE, the Appellants respectfully request an extension of twenty-one (21) days, until and including August 3, 2026, in which to file their brief (with addendum) and appendix.

Respectfully submitted,

Michael Loe, Matthew Hulet, Aaliyah Rose, Jesse Guise, Mark Moseley, & Columbia County, *Appellants*

Jason E. Owens, #2003003
JASON OWENS LAW FIRM, P.A.
P.O. Box 850
1312 W. Oak Street
Conway, AR 72034
Telephone (501) 764-4334
Telefax (501) 764-9173
owens@jowenslawfirm.com
ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that Appellant's Motion for Extension of Time complies with the type-volume limitations of FRAP 32(a)(7)(B). In accordance with FRAP 27, this motion was prepared using Word Perfect 10 for Windows word-processing program including a proportionally spaced font with Times New Roman, size 14 font. The total word count for this motion is 366 words.

<u>Jason E. Owens</u>
Jason E. Owens, Ark. Bar No. 2003003

## <u>CERTIFICATE OF SERVICE</u>

I, Jason E. Owens, do hereby certify that on July 9, 2026, I electronically filed Appellants' Motion for Extension of Time with the Clerk of the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which shall send notification of such filing to all Counsel of Record.

<u>Jason E. Owens</u>
Jason E. Owens