# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2075

Randy DeWayne Rogers, on his own behalf and as Administrator of the Estate of Randy James Rogers

Appellee

v.

Columbia County, et al.

Appellants

County Facility Healthcare of Arkansas, LLC, et al.

_____

Appeal from U.S. District Court for the Western District of Arkansas - El Dorado
(1:24-cv-01036-SOH)
_____

## ORDER

Appellants' motion for an extension of time to file the brief is granted. Appellants may

have until August 3, 2026 to file the brief and appendix.

July 9, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler